# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS PARKS, | NO. CV 08-3054 GAF (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FRANCISCO JACQUEZ, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 16, 2009

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE